# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TYREIK LARON ROOKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0334

_____

March 27, 2026

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Blair Allen, Public Defender, and J. Rafael Rodriguez, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.